```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 14370
   DARLENE SANDERS
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-9802


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 04/12/2004 and was confirmed 06/14/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 03/10/2008.
------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
FIRST BANK & TRUST OF EV  SECURED           3123.33           53.04        3123.33
CITY OF CHICAGO           UNSECURED        18119.38             .00       11764.71
INTERSTATE ELECTRONIC SE  UNSECURED         1006.41             .00         647.60
MBNA                      UNSECURED        18350.61             .00       12923.79
MBNA AMERICA              UNSECURED        NOT FILED            .00            .00
MBNA AMERICA BANK NA      NOTICE ONLY      NOT FILED            .00            .00
CAVALRY INVESTMENTS       UNSECURED          514.77             .00         362.58
SPRINT                    NOTICE ONLY      NOT FILED            .00            .00
BUFFINGTON & ASSOCIATES   DEBTOR ATTY       2,309.00                       2,309.00
TOM VAUGHN                TRUSTEE                                          1,739.95
DEBTOR REFUND             REFUND                                               .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              32,924.00

PRIORITY                                           .00
SECURED                                       3,123.33
    INTEREST                                     53.04
UNSECURED                                    25,698.68
ADMINISTRATIVE                                2,309.00
TRUSTEE COMPENSATION                          1,739.95
DEBTOR REFUND                                      .00
                    ---------------        ---------------
TOTALS               32,924.00                32,924.00




            PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 14370 DARLENE SANDERS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 09/04/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |